IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WANDA G. RIETDORF; RONALD G. RIETDORF; and KIMBERLY L. FULLER, both personally and in her capacity as the surviving spouse of MARK R. FULLER,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD L. SCANLON and EIDSON & USSERY TRUCKING, INC.,<br><br>Defendants. | Case No. 3 10 0158<br>Jury Demand |

## AGREED ORDER OF COMPROMISE AND SETTLEMENT

As evidenced by the signature of their counsel below, all claims between the Plaintiffs, **WANDA G. RIETDORF; RONALD G. RIETDORF; and KIMBERLY L. FULLER, both personally and in her capacity as the surviving spouse of MARK R. FULLER,** , and the Defendants, **RICHARD L. SCANLON and EIDSON & USSERY TRUCKING, INC.,** have hereby been compromised and settled.

It is therefore **ORDERED, ADJUDGED and DECREED** that this matter be dismissed with prejudice as to Defendant, **RICHARD L. SCANLON and EIDSON & USSERY TRUCKING, INC.**

IT IS SO ORDERED.

ENTERED this 10th day of November, 2010.

_____
JUDGE